No. 929. DOHERTY *v.* KNOWLTON; and

No. 930. SAME *v.* TREMBLAY. May 18, 1936. Petition for writs of certiorari to the Circuit Court of Appeals

for the First Circuit denied. *Messrs. Robert G. Dodge* and *Harold S. Davis* for petitioner. *Mr. George L. Dilla-* *way* for respondents.